UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-395-D-5

UNITED STATES OF AMERICA

v.

CLINTON BASCO

ORDER

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Motion (CM/ECF #750) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

So ORDERED, the **28** day of September, 2021.

JAMES C. DEVER III
U.S. DISTRICT JUDGE