UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-395-D-5

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>v. )<br>)<br>CLINTON BASCO. )<br>Defendant. ) | ORDER OF CONTINUANCE |

FOR GOOD CAUSE SHOWN, and with the consent of the Government, the Defendant's Motion to continue his August 22, 2022 Sentencing Hearing is hereby GRANTED and the sentencing of the Defendant is continued to the __October__, 2022 Term of Court.

This __8__ day of August, 2022.

THE HONORABLE JAMES C. DEVER III
U.S. DISTRICT JUDGE