IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-395-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CLINTON BASCO, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for compassionate release [D.E. 1875] not later than December 19, 2025.

SO ORDERED.   This 19 day of November, 2025.

JAMES C. DEVER III
United States District Judge