IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-395-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CLINTON BASCO, )<br>)<br>Defendant. ) | **ORDER** |

For the reasons stated in the United States' response in opposition [D.E. 1891], the court DENIES defendant's pro se motion for compassionate release [D.E. 1875].

SO ORDERED. This 27 day of January, 2026.

                                                  JAMES C. DEVER III
                                                  United States District Judge